

**MEMO ENDORSED**

**Westchester gov.com**

George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2021

Due to the extension of discovery deadlines, the Deft's request to adjourn the Status Conf. from Jan. 15, 2021 until Mar. 26, 2021 at 2:00 pm is granted with pro se Pltf's consent. The conference shall be held by AT&T teleconference. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest. Deft. directed to mail a copy of this endorsement to Pltf. at the last known address on ECF. Clerk of Court requested to terminate the motion (doc. 79).
Dated : Jan. 12, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

December 24, 2020

**Via ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
The Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re: **Kavon Denzel Ford v. Westchester County, 18 cv 2696 (NSR)**

Dear Judge Roman:

    This office represents the Defendant Westchester County in the above-referenced action[1]. Pursuant to the Civil Case Discovery Plan and Scheduling Order dated May 22, 2020 (Dkt. 69), a status conference before Your Honor is scheduled for January 15, 2021 at 10:30 a.m.

    This action has been referred to Magistrate Krause, who conducted a telephonic status conference with all parties on December 9, 2020. During that conference, a new Scheduling Order was entered, as Plaintiff's discovery responses remain outstanding. Magistrate Krause scheduled the next telephonic status conference for January 14, 2021 at 11:00 a.m.

    In light of the ongoing discovery issues that are being addressed by Magistrate Krause, we are respectfully requesting an adjournment of the status conference that is scheduled for January 15, 2021 before Your Honor. Plaintiff consents to this request.

---

[1] Defendant Westchester County is the only defendant remaining in this case pursuant to the Court's Opinion dated January 23, 2020 (Dkt. 61).

Michaelian Office Building, Room 600
148 Martine Avenue
White Plains, New York 10601    Telephone: (914)995-2660    Website: westchestergov.com



I thank you in advance for your time and consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-3637.

Respectfully submitted,

/s/ Loren Zeitler

Loren Zeitler
Senior Assistant County Attorney

cc:
    Kavon Ford (via U.S. Mail)
    50 Riverdale Avenue
    Apt. 15J
    Yonkers, NY 10701
    *Pro se* Plaintiff