USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
FORD,

       Plaintiff(s),

 - against -

ARAMARK, et al.,

       Defendant(s).
--------------------------------------------------------x

**RESCHEDULING ORDER**

18 Civ. 2696 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

 Due to a Court scheduling conflict, the telephonic Show Cause Hearing scheduled for June 18, 2021 at 11:45 M **is hereby advanced to June 18, 2021 at 10:00 am.**

 To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.**

 In preparation for and while engaging in a teleconference, please follow these guidelines:

 1. Use a landline whenever possible.

 2. Use handset rather than speakerphone.

 3. Identify yourself each time you speak.

 4. Be mindful that, unlike in a courtroom setting, interrupting can render both

speakers unintelligible.

5. **Mute** when not speaking to eliminate background noise, i.e., dog barking, kids playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes through. This will also prevent interruptions.

6. Avoid voice-activated systems that don't allow the speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

Clerk of Court directed to mail a copy of this Order to Plaintiff pro se and show proof of service on the docket.

SO ORDERED.

Hon. Nelson S. Román, U.S.D.J.

Dated: White Plains, New York
June 13, 2021